UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 3:18-CR-22-TAV-HBG |
| ALBERT DIANCE BLEVINS | ) | |
| Defendant. | ) | |

# **ORDER**

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge H. Bruce Guyton on July 30, 2019 [Doc. 56]. Judge Guyton recommends that defendant's Motion to Suppress [Doc. 29] be granted in part, in that he recommends the box of photographs seized from defendant's bedroom be suppressed, and he recommends the motion be denied in all other respects [*Id.*]. There have been no timely objections filed to the R&R, despite the Court's granting defendant's motion for an extension of time to file objections up to and including October 15, 2019 [Doc. 71]. Enough time has passed since the extended deadline for filing objections to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After reviewing the matter, the Court agrees with Judge Guyton's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 56]. Defendant Albert Diance Blevins's Motion to Suppress [Doc. 29] is **GRANTED in part**, in that the box of

photographs seized from defendant's bedroom is suppressed, and **DENIED** in all other respects.

IT IS SO ORDERED.

                                              s/ Thomas A. Varlan
                                              UNITED STATES DISTRICT JUDGE