UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.:    3:18-CR-22-TAV-HBG-1 |
| | ) | |
| ALBERT DIANCE BLEVINS, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

This matter is before the Court on the government's motion [Doc. 73] to abate the prosecution upon the indictment against the above-named defendant.  The government has received information that the defendant died on September 30, 2019.

Rule 48(a) of the Federal Rules of Criminal Procedure permits the government, with leave of court, to dismiss an indictment, information, or complaint.  Accordingly, for good cause shown, the government's motion [Doc. 73] is **GRANTED**.  It is hereby **ORDERED** that the indictment against Albert Diance Blevins is **DISMISSED**.

IT IS SO ORDERED.


s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE